[No. 65922-7-I.   Division One.   March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BLAINE OLDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00476-5, Michael Hayden, J., entered August 2, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Ellington, JJ.

[No. 65934-1-I.   Division One.   March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN A. REID, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01319-0, Ronald L. Castleberry, J., entered August 27, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Schindler and Lau, JJ.

[No. 65937-5-I.   Division One.   March 12, 2012.]

*In the Matter of the Marriage of* KRISTOPHER SCOTT MYERS, *Appellant*, and MELANIE ELAINE MYERS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-06959-3, John P. Erlick, J., entered August 17, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Leach, A.C.J., concurred in by Lau and Spearman, JJ.

[No. 65944-8-I.   Division One.   March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENDA FAYE CUMMINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07885-4, John P. Erlick, J., entered August 30, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Leach, J.